**HALL, Plaintiff-Appellant, v. HALL, Defendant-Appellee.**

Ohio Appeals, Second District, Montgomery County.

No. 2117. Decided December 29, 1950.

Mason Douglass, Dayton, for plaintiff-appellant.
Baggott & Johnston, Dayton, for defendant-appellee.

**OPINION**

By THE COURT:

Submitted on motion of defendant-appellee to dismiss the

# 120

appeal on the ground that plaintiff-appellant failed to file assignments of error and brief within fifty days after filing a notice of appeal as required by Rule VII.

This is an appeal on questions of law. Notice of intention to appeal was filed on May 15, 1950. At the time this motion was filed on October 26, 1950 no assignments of error or brief had been filed by the appellant.

This Court has consistently ruled that where the appellant fails to file assignments of error and brief within fifty days after the filing of notice of intention to appeal, the motion to dismiss the appeal will be sustained. See **State ex rel. Merrill v. Moore, 83 Oh Ap 525,** 82 N. E. (2d) 323, and cases therein cited.

Motion to dismiss sustained.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.